**E-filed 1/10/07**

1  STEVEN G. COHEN, Bar No. 111291
   steven.cohen@dlapiper.com
2  DLA PIPER US LLP
   2000 University Avenue
3  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  Attorneys for Plaintiff
   HAIR CLUB FOR MEN, LLC

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
   HAIR CLUB FOR MEN, LLC, a Delaware       CASE NO. C 06-7842 JF (PVT)
12 limited liability company,
                                            STIPULATION CONTINUING HEARING
13              Plaintiff,                  AND BRIEFING SCHEDULE FOR
                                            PLAINTIFF'S MOTION FOR A
14         v.                               PRELIMINARY INJUNCTION

15 RCDC CORPORATION, a California
   corporation, dba IMAGE
16 ENHANCEMENT GROUP and dba
   INTERNATIONAL IMAGE
17 ENHANCEMENT ASSOCIATES and dba
   THE IMAGE ASSOCIATES; ROBERT
18 CLARK, an individual; and SILVIA A.
   HERRERA, an individual,
19
                Defendants.
20
21      It is hereby stipulated, by and between the parties to this action, through their respective

22 counsel of record, as follows:

23      WHEREAS, the hearing on Plaintiff's Motion for a Preliminary Injunction in this matter

24 is set for January 26, 2007, with supplemental briefing thereon due January 17, 2007 and January

25 23, 2007;

26      WHEREAS, the parties believe that depositions must be conducted before any

27 supplemental briefing in connection with said hearing in order to fully address the issues

28 implicated therein;

DLA PIPER US LLP                              -1-
EAST PALO ALTO   PA\10486196.1    STIPULATION CONTINUING HEARING AND BRIEFING SCHEDULE FOR
                                       PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

WHEREAS, the parties have stipulated to immediately begin conducting depositions;

WHEREAS, the parties believe that the deadlines for supplemental briefing in connection with said hearing must be continued for a minimum of four weeks so as to provide adequate time for the parties to complete the depositions and incorporate the information learned therein into their supplemental briefing;

WHEREAS, the hearing must necessarily be continued should the supplemental briefing in connection with said hearing be continued for a minimum of four weeks;

IT IS HEREBY STIPULATED that the deadline for the parties' supplemental brief is continued to February 14, 2007, or any date thereafter, as the Court sees fit.

IT IS FURTHER STIPULATED that the deadline for the parties' supplemental reply brief is continued to February 20, 2007, or any date thereafter, as the Court sees fit.

IT IS FURTHER STIPULATED that the hearing on Plaintiff's Motion for a Preliminary Injunction is continued to ~~February 23, 2007~~ March 2, 2007 at 9:00, or any date thereafter, as the Court sees fit.

IT IS SO STIPULATED.

Dated: January 9, 2007

DLA PIPER US LLP

By _____
STEVEN G. COHEN
Attorneys for Plaintiff
HAIR CLUB FOR MEN, LLC

Dated: January 8, 2007

DERMER LAW FIRM

By _____
JOSEPH DERMER
Attorneys for Defendants
RCDC CORPORATION, ROBERT CLARK
and SILVIA A. HERRERA

IT IS HEREBY ORDERED that the foregoing stipulation is approved and adopted as an order of this court.

DATED: 1/10/07

_____
JUDGE JEREMY FOGEL,
United States District Judge

DLA PIPER US LLP
EAST PALO ALTO
PA\10486196.1

-2-
STIPULATION CONTINUING HEARING AND BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Received  Jan-08-07  11:46am   From-650 833 2001   To-   Page 04