1  STEVEN G. COHEN, Bar No. 111291
   steven.cohen@dlapiper.com
2  **DLA PIPER US LLP**
   2000 University Avenue
3  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
4  Fax: 650.833.2001

5  Attorneys for Plaintiff
   HAIR CLUB FOR MEN, LLC

**E-filed 2/23/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIR CLUB FOR MEN, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RCDC CORPORATION, a California corporation, dba IMAGE ENHANCEMENT GROUP and dba INTERNATIONAL IMAGE ENHANCEMENT ASSOCIATES and dba THE IMAGE ASSOCIATES; ROBERT CLARK, an individual; and SILVIA A. HERRERA, an individual,<br><br>Defendants. | CASE NO. C 06-7842 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR HAIR CLUB FOR MEN, LLC'S REPLY TO RCDC CORPORATION'S COUNTERCLAIMS** |

It is hereby stipulated, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS, the deadline for Hair Club for Men, LLC's ("Hair Club") reply to RCDC Corporation's ("RCDC") Counterclaims was February 8, 2007;

WHEREAS, on February 6, 2007 the parties verbally agreed to a settlement of all disputes in this action;

WHEREAS, pending the completion of settlement documentation, it will likely be an unnecessary expenditure of time and money for Hair Club to prepare a reply to RCDC's

1  Counterclaims at this time;

2      IT IS HEREBY STIPULATED that, pursuant to Local Rule 6-2, the deadline for Hair

3  Club's reply to RCDC's Counterclaims is continued to March 9, 2007, or any date thereafter, as

4  the Court sees fit.

5      IT IS SO STIPULATED.

6  Dated: February 14, 2007     **DLA PIPER US LLP**

7

8  By /s/ STEVEN G. COHEN

    STEVEN G. COHEN
    Attorneys for Plaintiff

9      HAIR CLUB FOR MEN, LLC

10 Dated: February 15, 2007     **DERMER LAW FIRM**

11

12 By /s/ JOSEPH DERMER

    JOSEPH DERMER
    Attorneys for Defendants

13     RCDC CORPORATION, ROBERT CLARK
    and SILVIA A. HERRERA

14

15     IT IS HEREBY ORDERED that the foregoing stipulation is approved and adopted as an

16 order of this court.

17 DATED: 2/23/07

    /s/ JUDGE JEREMY FOGEL

18     JUDGE JEREMY FOGEL,
    United States District Judge

DLA PIPER US LLP
EAST PALO ALTO

PA\10490541.1

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR HAIR CLUB FOR MEN LLC'S REPLY TO RCDC CORPORATION'S COUNTERCLAIMS